# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ALVAREZ,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant.<br>_____ | 1:09-cv-00334 GSA<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE OPENING BRIEF** |

On February 1, 2010, this Court issued an issued an Order to Show Cause why this action should not be dismissed for Plaintiff's failure to comply with a court order. On or about February 10, 2010, Plaintiff timely replied to the Order to Show Cause.

Plaintiff indicated that he timely prepared his confidential letter brief in accordance with the scheduling order, yet incorrectly forwarded the document to the "Fresno Court Address," rather than to counsel for Defendant. Plaintiff indicated he has since been in contact with counsel for Defendant. He has received a written response from Defendant indicating that a settlement between the parties could not be reached. Finally, Plaintiff seeks an extension of time

1

of thirty (30) additional days within which to file his motion for summary judgment or opening brief.

In light of the foregoing, this Court accepts Plaintiff's explanation and **VACATES** the Order to Show Cause. Also, consistent with Plaintiff's response received February 10, 2010, this Court **GRANTS** Plaintiff's request for an extension of time, through and including **March 18, 2010**, within which to file his opening brief or motion for summary judgment.

IT IS SO ORDERED.

**Dated:** **February 16, 2010**      /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE